# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LILIAN P. VILLAGRAN AS THE ADMINISTRATRIX OF THE ESTATE OF ERYK SANCHINELLI** | : : : : | |
| v. | : | **CIVIL ACTION No. 22-2159** |
| | : | |
| **FREIGHTBULL, INC., VOYD WATKINS, & JOHN DOES I-III** | : : : | |

## ORDER

This 12th day of October, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants Freightbull, Inc. and Voyd Watkins' Motion for Partial Summary Judgment (ECF 19) is **GRANTED**. Plaintiff's claims for punitive damages are **DISMISSED**. It is further ordered that Plaintiff's claims against Freightbull, Inc., for negligent hiring, supervision, retention, and entrustment in Counts II and III of the Complaint (ECF 1) are **DISMISSED.**

/s/Gerald Austin McHugh
United States District Judge