## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILIAN P. VILLAGRAN AS THE ADMINISTRATRIX OF THE ESTATE OF ERYK SANCHINELLI,  Plaintiff | : : : : : NO. 2:22-cv-2159-GAM : : |
| v. | : JURY TRIAL DEMANDED : |
| FREIGHTBULL, INC., VOYD WATKINS, and JOHN DOES 1-II  Defendants | : : : : : |

### VERDICT SHEET

You must decide whether any party was negligent and whether that negligence was a factual cause of Plaintiff's injury.

I will now read you the questions on the verdict form that you must answer to arrive at a proper verdict:

*[Judges may provide each juror a copy of the verdict form at this time.]*

Question 1:

Was the following Defendant negligent?

Voyd Watkins Yes ___        No ___

**If you answer Question 1 "Yes," go to Question 2.**

**If you answer Question 1 "No," then you should not answer any further questions. Tell the court officer you have reached a verdict.**

Question 2:

     Was the negligence of Voyd Watkins a factual cause of any harm to Decedent Eryk Sanchinelli?

                    Yes ___        No ___

     **If you answer Question 2 "Yes," go to Question 3.**

     **If you answer Question 2 "No," then you should not answer any further questions. Please tell the court officer you have reached a verdict.**

Question 3:

     Was Decedent Eryk Sanchinelli negligent?        Yes ___        No ___

     **If you answer Question 3 "Yes," go to Question 4.**

     **If you answer Question 3 "No," go to Question 6.**

Question 4:

     Was Decedent Eryk Sanchinelli's negligence a factual cause of his death?

        Yes ___        No ___

     **If you answer Question 4 "Yes," go to Question 5.**

**If you answer Question 4 "No," go to Question 6.**

Question 5:

Taking the combined negligence that was a factual cause of any harm to Eryk Sanchinelli as 100 percent, what percentage of that negligence do you attribute to each party?

**(Answer only if you have answered "Yes" to Questions 3 and 4).**

Percentage of negligence attributable to Oferyk Sanchinelli _____%

**(Answer only if you have answered "Yes" to Questions 1 and 2).**

Percentage of negligence attributable to Voyd Watkins _____%

**If you have** found Eryk Sanchinelli is **greater than 50 percent, then you should not answer any other questions. Please tell the court officer you have reached a verdict.**

Question 6:

State the amount of damages, if any, sustained as a result of the accident for past medical expenses, future medical expenses, past, present, and future pain and suffering, embarrassment and humiliation, loss of enjoyment of life and disfigurement.

Do not reduce the amount of damages by the percentage of causal negligence, if any, that you have attributed to Eryk Sanchinelli

$_____

Advise the court officer that you have reached a verdict.

_____
**FOREPERSON**