# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LILLIAN P. VILLAGRAN** : | |
| AS THE ADMINISTRATRIX OF THE : | |
| ESTATE OF ERYK SANCHINELLI : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-2159** |
| : | |
| **FREIGHTBULL, INC., ET AL.** : | |

## ORDER

This 3rd day of June, 2024, upon notice that this case has settled (ECF 62), it is hereby **ORDERED** that Plaintiff's Motions *in Limine* (ECF 26-31, 34, 59) and Defendants' Motions *in Limine* (ECF 35-38, 41) are **DENIED as moot.**

                                             /s/ Gerald Austin McHugh
                                             United States District Judge