ANDREA E. NAUGLE

CLERK OF JUDICIAL RECORDS
REGISTER OF WILLS DIVISION

CERTIFICATE OF GRANT OF LETTERS

FILE NO. 39- 2022-0699

ESTATE OF ERYK RANDAY SANCHINELLI TRABANINO

SOCIAL SECURITY NO. 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

WHEREAS Eryk Randay Sanchinelli Trabanino late of Breinigsville, PA who died on the date of December 28, 2020, and

WHEREAS, the grant of letters is required for the administration of the estate.

THEREFORE, I, Andrea E. Naugle, Clerk of Judicial Records, Register of Wills Division, in and for the County of Lehigh, in the Commonwealth of Pennsylvania, have this date granted Letters of ADMINISTRATION to:

LILIAN PATRICIA VILLAGRAN

who having duly qualified as ADMINISTRATOR(S) of the estate of the above named decedent and having agreed to administer the estate according to law, all of which fully appears of record in my office at Allentown, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office the date of April 21, 2022.

Andrea E. Naugle
Clerk of Judicial Records
Register of Wills Division

PER *Angelica Maisonet-Rosa*
                                   Deputy

IN THE OFFICE OF THE CLERK OF JUDICIAL RECORDS OF LEHIGH COUNTY, PENNSYLVANIA
REGISTER OF WILLS DIVISION

IN RE: ESTATE OF ERYK RANDAY SANCHINELLI TRABANINO, DECEASED

FILE NO. 39-2022-0699

## SHORT CERTIFICATE
(Intestate)

I, Andrea E. Naugle, Clerk of Judicial Records, Register of Wills Division, in and for the County of Lehigh, Commonwealth of Pennsylvania, certify that on April 21, 2022, Letters of Administration were issued to Lilian Patricia Villagran, who had filed a petition for the grant of letters and appeared in this Office and took an oath to well and truly administer the Estate of Eryk Randay Sanchinelli Trabanino, who died on December 28, 2020. I further certify that as of this date, said Letters of Administration have not been revoked.

Given under my hand and the seal of this Office, on this the 21st day of April, 2022.

ANDREA E. NAUGLE, BY:

*Angelica Maisonet Rosa*
Deputy, Register of Wills Division

**DO NOT ACCEPT WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**