REV mL018 2



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

| | |
|---|---|
| Date Issued | 06/21/2024 |
| Letter ID | L0026094653 |
| Case Number | 0-007-938-914 |

HILL & ASSOCIATES, P.C.
SUSAN B. AYRES, ESQUIRE
1700 MARKET ST STE 3150
PHILADELPHIA PA  19103-3937

## Wrongful Death Survival Action Allocation

The Pennsylvania Department of Revenue received the Petition for Approval of Settlement Claim to be filed on behalf of the below-referenced estate in regard to a Wrongful Death and Survival Action. It was forwarded for the approval of allocated proceeds paid to settle the actions.

According to the petition, the decedent died as a result of a motor vehicle accident. The decedent is survived by their spouse and adult children. The decedent was 61 years old.

### Account Information
Estate of: SANCHINELLI TRABANINO, ERYK R               File Number: 3922-0699

### Departmental determination
If you have any questions regarding this matter, please direct them using the contact information listed below.

Susan Cruz
(717) 787-8327

Please be advised that, based upon these facts and for Inheritance Tax purposes only, the department has no objection to the proposed allocation of the gross proceeds of this action:

   Wrongful Death Claim: $487,800.00
   Survival Action Claim: $54,200.00

Proceeds of a Survival Action are an asset included in the decedent's estate and are subject to the imposition of Pennsylvania Inheritance Tax (42 Pa. C.S.A. § 8302) (72 P.S. §§ 9106, 9107). Costs and fees must be deducted in the same percentages as the proceeds are allocated (*Estate of Merryman*).

As the department has no objections to the petition, an attorney from the Pennsylvania Department of Revenue will not be attending any hearing regarding it.

Please use the contact information provided above if you or the Court have any questions or requires anything additional from this bureau.

### References
In re Estate of Merryman, 669 A.2d 1059 (Pa. Cmwlth. Ct. 1995)