**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LILLIAN P. VILLAGRAN** | : | |
| AS THE ADMINISTRATRIX OF THE | : | |
| ESTATE OF ERYK SANCHINELLI | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-2159** |
| | : | |
| **FREIGHTBULL, INC., ET AL.** | : | |

**ORDER**

This 25th day of June, 2024, following consideration of Plaintiff's Motion for Approval of

Settlement, as reviewed and approved by Plaintiff, it is hereby **ORDERED** that the Court

approves the proposed settlement, with 90% of the settlement allocated to the wrongful death

claim, and the remaining 10% allocated to the survival claim.

It is further **ORDERED** that distribution shall take place as follows:

| | | |
|---|---|---|
| a. | To Hill & Associates, (Counsel Fees) | $  216,800.00 |
| b. | To Hill & Associates, (Reimbursement of Costs) | $    80,164.17 |
| c. | Lilian Villagran, as Admin. Of Estate – Survival Claim | $    24,503.59 |
| d. | Lilian Villagran - 50% beneficiary Wrongful Death Claim | $  110,266.12 |
| e. | Eryk Sanchinelli - 25% beneficiary Wrongful Death Claim | $    55,133.06 |
| f. | Johnny Sanchinelli - 25% beneficiary Wrongful Death Claim | $    55,133.06 |

/s/ Gerald Austin McHugh
United States District Judge