# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LILLIAN P. VILLAGRAN** : | |
| AS THE ADMINISTRATRIX OF THE : | |
| ESTATE OF ERYK SANCHINELLI : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-2159** |
| : | |
| **FREIGHTBULL, INC., ET AL.** : | |

## ORDER

This 26th day of June, 2024, the Court having entered an Order approving Plaintiff's Motion for Approval of Settlement and Allocation of Proceeds Under Wrongful Death and Survival Claims, it is hereby **ORDERED** that this matter shall be closed for statistical purposes.


                                                      /s/ Gerald Austin McHugh
                                                      United State District Judge